**Petition for Writ of Mandamus Denied and Memorandum Opinion filed February 20, 2020.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00694-CV

## IN RE LIBERTY COUNTY MUTUAL INSURANCE COMPANY, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-86095**

## MEMORANDUM OPINION

On September 10, 2019, relator Liberty County Mutual Insurance Company ("Liberty") filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (Supp.); *see also* Tex. R. App. P. 52. Real party-in-interest and plaintiff is Shane Baldwin. In the petition, relator asks this court to compel the Honorable Steven Kirkland, presiding judge of the 334th District Court of Harris County, to vacate his June 11, 2019 order striking the counter-affidavit of Matthew

Koepplinger, D.O. contesting the reasonableness and necessity of Baldwin's medical expenses.

With certain exceptions not applicable here, to obtain mandamus relief, a relator must show both that the trial court clearly abused its discretion and that the relator has no adequate remedy at law, such as an appeal. *In re Garza*, 544 S.W.3d 836, 840 (Tex. 2018) (orig. proceeding) (per curiam); *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

Because Liberty has not shown it has no adequate remedy at law, such as an appeal, we deny Liberty's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer.